SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
TARA WILCOX, Cal. Bar No. 157015
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone:  858.720.8900
Facsimile:   858.509.3691
Email:  twilcox@sheppardmullin.com

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| VICTORIA YUONI, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE, an entity form unknown; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No. 18-cv-00684-DAD-JLT<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE HEARING DATE; [PROPOSED] ORDER** |

1 | TO THE HONORABLE COURT, ALL PARTIES AND THEIR
2 | ATTORNEYS OF RECORD:

Plaintiff Victoria Yuoni ("Yuoni"), and Defendant Costco Wholesale Corp. ("Costco") stipulate and agree that the Settlement Conference, currently set for March 22, 2019, be continued to April 24, 2019.

Counsel for both Yuoni and Costco are available for a settlement conference on April 24, 2019. Counsel request to move the conference to this new date to allow them sufficient time to do additional internal and formal discovery so that the conference is fully productive.

THE PARTIES SO STIPULATE.

Dated: March 5, 2019

GODINEZ LAW

By _____
GABRIEL A. GODINEZ
Attorneys for Plaintiff
VICTORIA YUONI

Dated: March 5, 2019

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By        */s/ Tara Wilcox*
TARA WILCOX
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

# ORDER

Based upon the stipulation of the parties, the Court **ORDERS** the settlement conference to April 24, 2019 at 1:30 p.m.

IT IS SO ORDERED.

   Dated: **March 5, 2019**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

-2-
SMRH:489631925.1   STIPULATION TO CONTINUE SETTLEMENT CONFERENCE HEARING DATE; [PROPOSED] ORDER