# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA YUONI,<br><br>       Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE,<br><br>       Defendant. | Case No.: 1:18-cv-00684 DAD  JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

Recently, the Court continued the settlement conference because the plaintiff failed to comply with the Court's order to serve a meaningful settlement demand and failed to lodge a settlement conference statement. (Doc. 14) The Court ordered the plaintiff to show cause why sanctions should not be imposed for her failure to comply with these orders. Id.

///
///
///
///
///
///

1

The plaintiff's attorney has responded and explained that he miscalendared the date for the settlement conference and failed to realize of the approach of the conference in time to make the settlement offer. (Doc. 15) She has now served that demand[1]. (Doc. 15 at 1) Therefore, the order to show cause is **DISCHARGED**.

IT IS SO ORDERED.

Dated: **April 29, 2019**            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

---

[1] Though counsel has provided an accounting detailing the demand, he did not provide any explanation why this demand is "meaningful." Indeed, it appears that the amount sought would be an excellent outcome for the plaintiff if she prevailed at trial; it does not appear to account for her risk of loss or consider the spirit of compromise that a settlement conference is supposed to embrace. Thus, in advance of the continued settlement conference, the plaintiff **SHALL** make a meaningful settlement demand that considers these factors. The defense **SHALL** do the same in its counteroffer.