# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA YUONI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COSTCO WHOLESALE.<br><br>　　　　Defendant. | Case No.: 1:18-cv-0684-DAD JLT<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE ACTION<br><br>(Doc. 19) |

On August 29, 2019, the parties filed a stipulation indicating all parties agreed that the above-captioned action is "dismissed with prejudice, pursuant to Rule 41(a)(1)." (Doc. 19 at 2) Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Because all parties who have appeared signed the stipulation, it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); Fed.R.Civ.P. 41(a)(1)(A)(ii). Accordingly, based upon the stipulation of the parties, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

　Dated: __**August 30, 2019**__　　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE